AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Apr 24, 2026

SEAN F. McAVOY, CLERK

KRISTY H.

*Plaintiff*

v.

COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION

*Defendant*

)
)
)
)
)

Civil Action No.   4:25-CV-5076-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Plaintiff's Motion for Summary Judgment, ECF No. 10, is DENIED. The Commissioner's Brief, ECF No. 14, is GRANTED. The decision of the Commissioner is affirmed.
Judgment in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Stan Bastian

Date:   4/24/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*